## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN
## GRAND RAPIDS DIVISION

| | |
|---|---|
| In Re: | Case No. 19-01300-jtg |
| Demarion William Perry | Chapter 13 |
| Debtor. | Judge John T. Gregg |

**STATUS REPORT CONCERNING ORDER GRANTING IN PART, AND DENYING IN PART, MOTION FOR EXPEDITED HEARING, doc. 7**

    Now comes Toyota Motor Credit Corporation ("Creditor") by and through counsel and provides the following Status Report concerning the Order Granting In Part, and Denying in Part, Motion for Expedited Hearing, doc. 7, entered April 2, 2019.  Creditor reports as follows:

    Creditor is currently unable to return the vehicle to the debtor. Per Berrien County Prosecuting Attorney Amy Bird, the Debtor is facing criminal charges arising from an alleged incident which occurred during the pre-petition repossession of the vehicle.  Prosecutor Bird has placed a hold on the vehicle, pending further investigation of this incident by law enforcement and the prosecutor's office.  Prosecutor Bird will inform Counsel for Creditor when the hold on the vehicle has been released.

    Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (P79786)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-01300-jtg |
| Demarion William Perry | Chapter 13 |
| Debtor. | Judge John T. Gregg |

**PROOF OF SERVICE**

    The undersigned certifies that on April 18, 2019 a copy of the foregoing Status Report was served upon the following parties either electronically, or by depositing said copies in the U.S. Mail, postage prepaid:

Demarion William Perry, Debtor
566 E. Main Street
Benton Harbor, MI 49022

Barbara P. Foley, Trustee
ecf@chpt13.com

Daniel M. McDermott, United States Trustee's Office
(registeredaddress)@usdoj.gov

                                                /s/ Jon J. Lieberman
                                                Jon J. Lieberman (P79786)
                                                Attorney for Movant